UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINA B.,[1] | Case No. CV 19-6988-VAP (KK) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant(s). | |

On August 12, 2019, Plaintiff Zina B. ("Plaintiff"), proceeding pro se, filed a Complaint challenging the denial of her application for Title II Disability Insurance Benefits and Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On August 13, 2019, the Court issued a Case Management Order ("CMO") instructing Defendant to file a notice of service of the certified administrative record within 90 days of being served with the Complaint. Dkt. 6 at 2 ("The Commissioner shall have **ninety (90) days** from the date of service of the complaint in which to serve a complete copy of the certified administrative record on plaintiff and electronically file a notice of service with the Court."). On October 15, 2019, Plaintiff

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

filed a proof of service of the summons and complaint on Defendant on October 2, 2019.  Dkt. 7.  Accordingly, Defendant's notice of service of the certified administrative records was due on December 31, 2019.  As of this date, Defendant has not complied with the August 13, 2019 Order.[2]

Defendant is, therefore, ORDERED TO SHOW CAUSE in writing, **on or before February 7, 2020**, why Defendant failed to file a notice of service of the certified administrative record.  Defendant is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated:  January 24, 2020

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[2] The Court notes Defendant has appeared in the action by filing a Notice of Consent to Proceed Before Magistrate Judge.  Dkt. 8.