UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 19-6988 PVC                                    Date:  May 28, 2020

Title       Zina Butler v. Andrew Saul, Commissioner of Social Security

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 12, 2019, Plaintiff, a California resident proceeding *pro se*, filed the instant action challenging the Commissioner's denial of her application for Social Security disability benefits.  The Commissioner filed an answer to the complaint on March 17, 2020.  (Dkt. No. 17).

Pursuant to the Case Management Order, Plaintiff was required to prepare and deliver to counsel for the Commissioner her portion of the required Joint Stipulation within thirty-five days of the filing of the answer, or by April 21, 2020.  (Dkt. No. 6 at 7).  The Commissioner was then required to return his portion of the Joint Stipulation to Plaintiff within another thirty-five days, or by May 26, 2020.  (*Id.*).  However, on May 26, 2020, the Commissioner filed a Notice of Nonreceipt of Plaintiff's Portion of the Joint Submission.  (Dkt. No. 19).  The Commissioner state that Plaintiff never delivered her portion of the Joint Stipulation to him, and consequently, he was unable to complete his portion of the Joint Stipulation by the Court's deadline.  (*Id.* at 2).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-6988 PVC                                             Date:  May 28, 2020

Title      Zina Butler v. Andrew Saul, Commissioner of Social Security

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either (1) preparing and serving her portion of the Joint Stipulation on counsel for the Commissioner, or (2) filing a declaration, signed under penalty of perjury, establishing good cause as to why Plaintiff is unable to complete her portion of the Joint Stipulation.

     Counsel for the Commissioner is DIRECTED to file a Notice of Noncompliance within seven days of Plaintiff's deadline for responding to this Order to Show Cause if Plaintiff fails to serve her portion of the Joint Stipulation and does not file a declaration with the Court explaining her failure to do so.

     **Plaintiff is expressly advised that the failure to timely serve her portion of the Joint Stipulation, or, in the alternative, to file a declaration in response to this Order to Show Cause, will result in this action being dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

     The Clerk of the Court is directed to serve a copy of this Order on Plaintiff at her address of record and on counsel for the Commissioner.

 

00:00

**Initials of Preparer**   mr